# EXHIBIT "A"

1. Information concerning lien to be avoided:

   a) The amount of the lien:                                             $ 6,745.17
   b) All other liens on the property, the amount of
      each lien, and by whom held are:

      | | |
      |---|---|
      | Renew Financial | $3,453.47 |
      | PNC Bank | $103,759.00 |

   c) The amount of exemption Debtor could claim
      if there were no liens is:                                          $ 47,350.00

2. The total of (a) through (c) above is                                  $ 161,307.64

3. The value of debtor's interest in the property if there were
   No liens would be:                                                     $ 115,800.00

4. The amount of other liens that have been avoided in this
   Case are:     N/A

5. Liens not included in the above calculations:     N/A

6. The lien to be avoided falls under 11 U.S.C. Section 522 (f) (1)