**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANI**

| | | |
|---|---|---|
| In Re: | : | Case No.: 18-23727 |
| | : | |
| **John T. Hey and** | : | |
| **Jenna L. Hey,** | : | Chapter 7 |
| Debtors. | : | |
| | : | |
| **John T. Hey and** | : | |
| **Jenna L, Hey,** | : | |
| Movants, | : | |
| | : | |
| Vs. | : | |
| | : | |
| **Charles O. Zebley, Trustee,** | : | |
| **United States Trustee,** | : | |
| Respondents. | : | |

**EXHIBIT "A"**

1. Information concerning lien to be avoided:

    a) The amount of the lien:                                   $ 6,745.17
    b) All other liens on the property, the amount of
    each lien, and by whom held are:

         Renew Financial                                  $3,453.47

         PNC Bank                                         $103,759.00

    c) The amount of exemption Debtor could claim
    if there were no liens is:                                   $ 47,350.00

2. The total of (a) through (c) above is                         $ 161,307.64

3. The value of debtor's interest in the property if there were
    No liens would be:                                           $ 115,800.00

4. The amount of other liens that have been avoided in this
    Case are:     N/A

5. Liens not included in the above calculations:     N/A

6. The lien to be avoided falls under 11 U.S.C. Section 522 (f) (1)