## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN T. HEY and** | : | **CASE NO: 18-23727-GLT** |
| **JENNA L. HEY,** | : | |
| | : | |
| **DEBTOR,** | : | **CHAPTER NO. 7** |
| | : | |
| | : | **DOCUMENT NO. 42** |
| **JOHN T. HEY and** | : | |
| **JENNA L. HEY,** | : | |
| **MOVANT,** | : | |
| | : | |
| **-vs-** | : | |
| | : | |
| **DISCOVER BANK,** | : | |
| **RENEW FINANCIAL,** | : | |
| **Trustee Charles O. Zebley,** | : | |
| **United States Trustee,** | : | |
| **RESPONDENTS.** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 3, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 22, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 4/30/19          By:    /s/ Paula J. Cialella, Esquire
                               Paula J. Cialella, Esquire
                               113 N. Mercer Street
                               New Castle, PA  16101
                               (724) 658-4417 (p)
                               (724) 657-3525 (f)
                               PA ID # 73264
                               paula@nypalaw.com