FILED
5/1/19 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | Case No. 18-23727-GLT |
| | : | |
| **John T. Hey and** | : | |
| **Jenna L. Hey,** | : | |
| **Debtor.** | : | **Chapter 7** |
| | : | |
| **John T. Hey and** | : | |
| **Jenna L. Hey,** | : | |
| **Debtor/Movant,** | : | Related to Docket No. 36 |
| | : | |
| **Vs.** | : | |
| | : | |
| **DISCOVER BANK,** | : | |
| **RENEW FINANCIAL,** | : | |
| **CHARLES O. ZEBLEY, TRUTEE,** | : | |
| **UNITED STATES TRUSTEE,** | : | |
| **Respondents.** | : | |

## ORDER ON MOTION TO AVOID JUDICIAL LIEN

AND NOW, this  1st  day of ___May_____, 2019, upon consideration of Debtors' Motion to Avoid Judicial Lien, the Court Orders the following:

The Judicial Lien of Respondents impairs an exemption to which debtor would be otherwise entitled under 11 U.S.C. Section 522(d):

Discover Bank, in the amount of $6,745.17 entered in the Court of Common Pleas of Lawrence County, Pennsylvania at Docket No. 2017-11199.

Renew Financial, in the amount of $3,453.47 entered in the Court of Common Pleas of Lawrence County, Pennsylvania at Docket No. 2018-10488.

The aforesaid judicial liens are hereby declared avoided and unenforceable in their entirety.

Dated: May 1, 2019

Gregory␣. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John T Hey  
Jenna L Hey  
    Debtors

Case No. 18-23727-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: May 01, 2019  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
```
db             +John T Hey,    26 Cheryl Lynn Lane Apt. 1,    New Wilmington, PA 16142-2036
jdb            +Jenna L Hey,   121 Wild Cherry Road,    New Castle, PA 16105-6119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
```
          Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
           PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Charles O. Zebley, Jr.    COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James  Warmbrodt     on behalf of Creditor    PNC Bank N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paula J. Cialella    on behalf of Joint Debtor Jenna L Hey paula@nypalaw.com,
           jennie@nypalaw.com;kayann@nypalaw.com
          Paula J. Cialella     on behalf of Debtor John T Hey paula@nypalaw.com,
           jennie@nypalaw.com;kayann@nypalaw.com
                                                                                             TOTAL: 6
```